IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC 1 3 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| CHIQUITA M. WARREN, *For herself and on behalf of all Similarly situated individuals,* ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 2:12cv404 |
| GREEN MOUNTAIN COFFEE ROASTERS, INC. ) ) ) | |
| Defendant. ) | |

## CONSENT ORDER

THIS CAUSE came before the Court on the Consent Motion of Defendant Green Mountain Coffee Roasters, Inc. ("GMCR"), by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to confirm the agreement of the parties and enlarge the time period within which GMCR shall file responsive pleadings through and including January 25, 2013; and

IT APPEARING that good cause exists to grant the Consent Motion, it is hereby

ORDERED that the time period within which GMCR shall file responsive pleadings is extended through and including January 25, 2013.

Entered this 12 day of Dec, 2012.

/s/
Douglas E. Miller
United States Magistrate Judge
U.S. DISTRICT COURT

WE ASK FOR THIS:

_____/s/_____
Charles K. Seyfarth (VSB No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (VSB No. 47349)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5983
Megan.Benary@leclairryan.com

*Counsel for Green Mountain Coffee Roasters, Inc.*


SEEN AND AGREED:

_____/s/_____
Christopher Colt North (VSB No. 16955)
The Consumer & Employee Rights Law Firm, PC
751-A Thimble Shoals Blvd.
Newport News, Virginia 23606

*Counsel for Plaintiff*