**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

CHIQUITA M. WARREN,                                   )
*For herself and on behalf of all*                   )
*Similarly situated individuals,*                    )
                                                      )
     Plaintiff,                                    )
                                                      )
v.                                                    )   Civil Action No. 2:12cv404
                                                      )
GREEN MOUNTAIN COFFEE                                 )
ROASTERS, INC.                                        )
                                                      )
     Defendant.                                    )

FILED

JAN - 8 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

## STIPULATION OF DISMISSAL

THIS DAY CAME the Plaintiff, Chiquita M. Warren, and the Defendant, Green Mountain Coffee Roasters, Inc., by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to advise the Court that they have resolved all disputes between them in the above-styled civil action.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITH PREJUDICE against Green Mountain Coffee Roasters, Inc.  Each party shall pay her or its own respective costs including attorneys' fees.

The Clerk is directed to send copies of this Order upon entry to all counsel of record.

ENTERED this _8th_ day of _January_ 2013.

                    /s/
            Rebecca Beach Smith
                Chief
           United States District Judge
     U.S. DISTRICT COURT JUDGE

WE ASK FOR THIS:

THE CONSUMER AND EMPLOYEE RIGHTS LAW FIRM, PC

_Chivtogn C/t fort_

Christopher Colt North (VSB No. 16955)
The Consumer & Employee Rights Law Firm, PC
751-A Thimble Shoals Boulevard
Newport News, VA 23606
Phone: 757.873.1010
Fax: 757.873.8375
Email: cnorthlaw@aol.com

*Counsel for Plaintiff Chiquita M. Warren*


LECLAIRRYAN, A PROFESSIONAL CORPORATION

_Megan S. Bealey_

Charles K. Seyfarth (VSB No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza - East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (VSB No. 47349)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5983
Megan.Benary@leclairryan.com

*Counsel for Green Mountain Coffee Roasters, Inc.*